**Order filed, March 18, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
————————

### NO. 01-15-00124-CV

### SOUTHWEST PIPE SERVICES, INC AND JOE BRIERS, Appellant

### V.

### SUNBELT RENTALS, INC., Appellee

**On Appeal from the County Court at Law No 2
Fort Bend County, Texas
Trial Court Case 13CCV050901**

### ORDER

The reporter's record in this case was due March 12, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Kelly D. Kelly, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 daysd** of the date of this order.


/s/ Evelyn Keyes

    Acting individually